UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ARTURO MOJICA, | Civil No.: 2:22-cv-00406-JDL |
| Plaintiff, | |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | May 23, 2023 |

ORDER

In light of Defendant's motion for remand, and pursuant to the Court's power under sentence four of 42 U.S.C. § 405(g):

IT IS HEREBY ORDERED that this case be REVERSED and REMANDED for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). On remand, an administrative law judge ("ALJ") will be instructed to offer Plaintiff a new hearing and issue a new decision. The ALJ will be also instructed to further evaluate the evidence, including the opinion evidence, reassess the severity of the claimant's impairments, and if appropriate, continue through the sequential evaluation process, consulting with a vocational expert, if necessary, to determine whether Plaintiff can perform past relevant work or other jobs existing in significant numbers in the national economy.

Pursuant to Fed. R. Civ. P. 58, the clerk will set out judgment in a separate document.

SO ORDERED this 23rd day of May, 2023.

/s/ Jon D. Levy
Chief U.S. District Judge
